UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.,

                Plaintiff,

-against-

POLICE OFFICER DARIEL BERNAL
(NEWARK P.D.); DOCTOR (THAT
ORDERED THE SEDATIVES); OFFICER
JOHN DOE #1 (PARTNER OF A.O.),

                Defendants.

21-CV-1558 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 23, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 23, 2021
           New York, New York

                            COLLEEN McMAHON
                        Chief United States District Judge